### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

JOSEPH F PIOTROWSKI,

    Petitioner,

v.	CASE NO. 1:13-cv-00186-MP-GRJ

UNITED STATES OF AMERICA,

    Respondent.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 27, 2014. (Doc. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and the petitioner has done so at Doc. 9. I have made a _de novo_ determination of these timely filed objections.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed without prejudice.

**DONE AND ORDERED** this _7th_ day of April, 2014

                                            _s/Maurice M. Paul_
                                         Maurice M. Paul, Senior District Judge